ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Resource Metrix | ) | ASBCA No. 60535 |
| | ) | |
| Under Contract No. SP4701-14-C-0046 | ) | |

APPEARANCE FOR THE APPELLANT:       Steven N. Berk, Esq.
                                    Berk Law PLLC
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                    DLA Chief Trial Attorney
                                    John F. Basiak, Jr., Esq.
                                    Theodore E. Lorenz, Esq.
                                    Trial Attorneys
                                    DLA Troop Support
                                    Philadelphia, PA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60535, Appeal of Resource Metrix, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals